THIS OPINION HAS NO PRECEDENTAL VALUE.  
 IT SHOULD NO BE CITED OR RELIED ON AS PREDECENT IN ANY PROCEEDING EXCEPT AS 
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Frank Middleton,       
Appellant.
 
 
 

Appeal From Charleston County
Deadra L. Jefferson, Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-140
Submitted December 23, 2003  Filed 
 March 1, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of Appellate 
 Defense, of Columbia, for Appellant
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Middleton was convicted of 
 robbery, and he was sentenced.  The issue briefed by appellate counsel concerns 
 whether the trial court erred in denying Middletons motion for directed verdict.  
 Middletons counsel has petitioned to be relieved as counsel, stating that she 
 has reviewed the record and has concluded Middletons appeal is without merit.  
 Middleton has filed a pro se brief, raising issues of subject matter 
 jurisdiction and ineffective assistance of counsel and alleging error in: admitting 
 a confessional statement, admitting a photo lineup, denying requests to charge, 
 overruling an objection during States opening statement, and admission of expert 
 witness testimony.  
After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Middletons 
 appeal and grant counsels petition to be relieved. [1]     
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.  
  

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.